**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAPHNE RICHARD, ET AL. )<br> )<br>     Plaintiff, )<br>v. )<br> )<br>GLENS FALLS NATIONAL BANK, )<br> )<br>     Defendant. )<br> ) | Civil Case No. 1:20-CV-00734-BKS-DJS<br><br>**DEFENDANT GLENS FALLS' NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>Return Date: November 5, 2020 |

  **PLEASE TAKE NOTICE** that, upon: (1) the Declaration of Peter Lareau in Support of Defendant Glens Falls National Bank and Trust Company's ("Glens Falls") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f), dated September 30, 2020, and the exhibit annexed thereto; and (2) Glens Falls' Memorandum of Law in Support of its Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to Strike Pursuant to Federal Rule of Civil Procedure 12(f), dated September 30, 2020, and the exhibit annexed thereto; and upon all papers and proceedings heretofore had herein, Defendant Glens Falls will move this Court, on November 5, 2020, before the Honorable Brenda K. Sannes at the Federal Building & Courthouse, Syracuse, New York, 13261-7367, for an order (1) dismissing Plaintiff's Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and/or (2) striking certain immaterial and impertinent allegations in the Complaint pursuant to Federal Rule of Civil Procedure 12(f).

- 2 -

Dated: September 30, 2020                      Respectfully Submitted,

                                                    **THOMPSON COBURN LLP**

                                         By: /s/ Lukasz Sosnicki
                                              Lukasz Sosnicki
                                              2029 Century Park East, 19th Floor
                                              Los Angeles, CA 90067
                                              (310) 282-2538
                                              (310) 282-2501 (fax)
                                              lsosnicki@thompsoncoburn.com

                                              *Attorneys for Defendant Glens Falls National Bank*

## CERTIFICATE OF SERVICE

    I hereby certify that September 30, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court, to be served via the Court's ECF system on all counsel of record.


                                          /s/ *Dana M. Hass*
                                          Dana M. Hass