**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAPHNE RICHARD, Individually and on behalf of all others similarly situated<br><br>                        Plaintiff,<br><br>v.<br><br>GLENS FALLS NATIONAL BANK, ARROW FINANCIAL CORPORATION, AND SARATOGA NATIONAL BANK & TRUST COMPANY,<br>                        Defendants. | Civil Case No. 1:20-CV-734 (BKS/DJS) |

### PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that the Plaintiff, Daphne Richard, Individually and on behalf of all others similarly situated, hereby moves this Honorable Court for entry of an Order: (1) granting final approval of the class action settlement; (2) granting final certification of the Settlement Class; (3) granting Plaintiff's request for attorney's fees and costs; (4) granting Plaintiff's request for approval of class administrator expenses; and (5) granting Plaintiff's request for a service award to the class representative, together with such other and further relief as the Court may deem just and proper.

1

This motion is supported by the accompanying Memorandum of Points and Authorities, dated June 13, 2022; the Declaration of Taras Kick, dated June 13, 2022, with exhibits thereto; the Supplemental Declaration of Arthur Olsen, dated June 10, 2022; the Declaration of Daphne Richard, dated June 13, 2022; the Declaration of Edward Dattilo, dated June 12, 2022, with exhibits thereto, and all other documents and papers on file in this action, and such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may allow.

This motion shall be returnable on July 20, 2022 at 11:00 a.m., before the Honorable Brenda K. Sannes, District Judge, James M. Hanley U.S. Courthouse, 100 Clinton Street, Syracuse, New York 13261.

Dated: June 13, 2022                                Respectfully submitted,
                                                    **CHERUNDOLO LAW FIRM, PLLC**

                                                    *s/ J. Patrick Lannon*
                                                    J. Patrick Lannon,
                                                    Bar Roll No. 516843
                                                    AXA Tower I, 15th Floor
                                                    100 Madison Street
                                                    Syracuse, New York 13202
                                                    Telephone: (315) 449-9500
                                                    Facsimile: (315) 449-0804
                                                    plannon@cherundololawfirm.com

                                                    **THE KICK LAW FIRM, APC**
                                                    Taras Kick, *Pro Hac Vice*
                                                    815 Moraga Drive
                                                    Los Angeles, California 90401
                                                    Telephone: (310) 395-2988
                                                    Facsimile: (310) 395-2088
                                                    taras@kicklawfirm.com

                                                    **WILENTZ, GOLDMAN
                                                    & SPITZER, P.A.**
                                                    Kevin P. Roddy
                                                    Bar Roll No. 520400
                                                    90 Woodbridge Center Drive, Suite 900
                                                    Woodbridge, NJ 07095
                                                    Telephone: (732) 636-8000

Facsimile:  (732) 726-6686
E-mail:  kroddy@wilentz.com

*Attorneys for Plaintiff Daphne Richard,*
*Individually and the putative class*